Karl R. Morthole (CA Bar No. 112565)
LAW OFFICES OF KARL R. MORTHOLE
57 Post Street, Suite 804
San Francisco, California 94104
Tele: (415) 986-0227
Fax: (415) 986-1734
E-mail: karl@mortholelaw.com

Attorney for Plaintiff
GREENMARC, LLC
Mark Green, Manager Member

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENMARC, LLC,<br>Mark Green, Manager Member,<br><br>        Plaintiff,<br><br>v.<br><br>JOSEPH B. IFFLA, individually and dba<br>PERFORMEX MACHINING COMPANY,<br>and PERFORMEX MACHINING, INC.;<br>CARL R. HEINEMANN, individually and<br>dba ASCO SCREW and as an officer,<br>director and owner of ASCO CORPOR-<br>ATION; and HOFFMAN METAL PRO-<br>DUCTS, INC., and HARRY W. HOFFMAN,<br>individually and as an officer, director<br>and owner of HOFFMAN METAL<br>PRODUCTS, INC.,<br><br>        Defendants. | CASE NO. C 12-6490 SI<br><br>**STIPULATION**<br><br>1. **WAIVER OF SERVICE OF<br>SUMMONS AND COMPLAINT**<br><br>**AND**<br><br>2. **EXTENSION OF TIME TO<br>RESPOND TO THE COMPLAINT**<br><br>**AND**<br><br>3. **SET SCHEDULE LEADING TO<br>INITIAL CASE MANAGEMENT<br>CONFERENCE** |

Plaintiff, GREENMARC, LLC, Mark Green, Manager Member,

and Defendants, JOSEPH B. IFFLA, individually and dba PERFORMEX MACHINING

COMPANY, and PERFORMEX MACHINING, INC., and CARL R. HEINEMANN, individually,

1

**STIPULATION – Waiver of Service, Extension of Time to Respond & Set Schedule**
*Greenmarc, LLC v. Iffla et al.*
*Case No. C 12-6490 SI*

by and through their attorneys, and Defendants HOFFMAN METAL PRODUCTS, INC., and HARRY W. HOFFMAN, individually and as an officer, director and owner of HOFFMAN METAL PRODUCTS, INC., on behalf of themselves, hereby stipulate as follows:

1.  Each of the above-named Defendants waives service of the Summons and Complaint and other papers required to accompany the Summons and Complaint, and acknowledges their receipt;

2.  The time to answer or otherwise respond to the Complaint shall be extended to and including May 28, 2013; and

3.  The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, to file ADR Certification signed by Parties and Counsel, and to file either a Stipulation to ADR Process or Notice of need for an ADR Phone Conference, shall be April 19, 2013;

4.  The last day to file the Rule 26(f) Report, complete initial disclosures or state objection in the Rule 26(f) Report and file the Case Management Statement per the Standing Order, shall be May 3, 2013.

5.  Pursuant to Rule 16(b), F.R.Civ.P., and Civil L.R. 16-10, a Case Management Conference, currently scheduled for April 19, 2013, instead will be held in this case before the Honorable Susan Illston on May 10, 2013, at 2:30 p.m. in Courtroom No. 10, 19th floor Federal Building.

6.  The reason for these extensions is to allow the parties to collect more information in the case, as one defendant has only recently retained counsel and a second defendant has not yet retained counsel. It will also allow the parties to have discussions to try to settle the case. Counsel

STIPULATION – Waiver of Service, Extension of Time to Respond & Set Schedule
*Greenmarc, LLC v. Iffla et al.*
*Case No. C 12-6490 SI*

1  is advised that defendant ASCO CORPORATION, as a dissolved California corporation, is not

2  represented, and it may submit no answer or otherwise respond to the complaint.

3      7.    The terms of the Case Management Conference Order filed February 28, 2013, will

4  otherwise remain in effect.

5          Subject to the rescheduling of the date of the Case Management Conference in

6  paragraph 5 above, as of the time this stipulation is entered into, the change in time to answer or

7  otherwise respond will not alter the date for any hearing or deadline set by the court of which the

8  attorneys for any of the Parties are aware.

9

10 RESPECTFULLY SUBMITTED,

11 Dated: **3/12/2013**          LAW OFFICES OF KARL R. MORTHOLE

12

13                              Karl R. Morthole, Attorney for PLAINTIFF

14 Dated: 3/12/2013          HARRELSON & ASSOCIATES

15

16                              Thomas M. Harrelson, Attorney for DEFENDANTS
                                JOSEPH B. IFFLA, individually and dba
17                              PERFORMEX MACHINING COMPANY,
                                and PERFORMEX MACHINING, INC.

18 Dated: _____    BARG COFFIN LEWIS & TRAPP, LLP

19

20                              Joshua A. Bloom, Attorney for DEFENDANT
                                CARL R. HEINEMAN,   individually
21

22 Dated: _____    HOFFMAN METAL PRODUCTS, INC.

23                              by_____
                                Harry W. Hoffman, Officer, Director and Owner
24

25 Dated: _____    HARRY W. HOFFMAN, individually.

26                              by_____
                                Harry W. Hoffman
27                                              3

28
STIPULATION – Waiver of Service, Extension of Time to Respond & Set Schedule
*Greenmarc, LLC v. Iffla et al.*
*Case No. C 12-6490 SI*

is advised that defendant ASCO CORPORATION, as a dissolved California corporation, is not represented, and it may submit no answer or otherwise respond to the complaint.

       7.      The terms of the Case Management Conference Order filed February 28, 2013, will otherwise remain in effect.

           Subject to the rescheduling of the date of the Case Management Conference in paragraph 5 above, as of the time this stipulation is entered into, the change in time to answer or otherwise respond will not alter the date for any hearing or deadline set by the court of which the attorneys for any of the Parties are aware.

RESPECTFULLY SUBMITTED,

Dated: **3/12/2013**
              LAW OFFICES OF KARL R. MORTHOLE

              Karl R. Morthole, Attorney for PLAINTIFF

Dated: _____
              HARRELSON & ASSOCIATES

              Thomas M. Harrelson, Attorney for DEFENDANTS
              JOSEPH B. IFFLA, individually and dba
              PERFORMEX MACHINING COMPANY,
              and PERFORMEX MACHINING, INC.

Dated: **3/12/13**
              BARG COFFIN LEWIS & TRAPP, LLP

              Joshua A. Bloom, Attorney for DEFENDANT
              CARL R. HEINEMAN,   individually

Dated: _____
              HOFFMAN METAL PRODUCTS, INC.

              by_____
              Harry W. Hoffman, Officer, Director and Owner

Dated: _____
              HARRY W. HOFFMAN, individually.

              by_____
               Harry W. Hoffman

3

STIPULATION – Waiver of Service, Extension of Time to Respond & Set Schedule
*Greenmarc, LLC  v. Iffla et al.*
*Case No. C 12-6490 SI*

is advised that defendant ASCO CORPORATION, as a dissolved California corporation, is not represented, and it may submit no answer or otherwise respond to the complaint.

7. The terms of the Case Management Conference Order filed February 28, 2013, will otherwise remain in effect.

Subject to the rescheduling of the date of the Case Management Conference in paragraph 5 above, as of the time this stipulation is entered into, the change in time to answer or otherwise respond will not alter the date for any hearing or deadline set by the court of which the attorneys for any of the Parties are aware.

RESPECTFULLY SUBMITTED,

Dated: 3/12/2013

LAW OFFICES OF KARL R. MORTHOLE

Karl R. Morthole, Attorney for PLAINTIFF

Dated: _____

HARRELSON & ASSOCIATES

Thomas M. Harrelson, Attorney for DEFENDANTS JOSEPH B. IFFLA, individually and dba PERFORMEX MACHINING COMPANY, and PERFORMEX MACHINING, INC.

Dated: 3/12/13

BARG COFFIN LEWIS & TRAPP, LLP

Joshua A. Bloom, Attorney for DEFENDANT CARL R. HEINEMAN,   individually

Dated: 3-22-13

HOFFMAN METAL PRODUCTS, INC.

by_____
Harry W. Hoffman, Officer, Director and Owner

Dated: 3-22-13

HARRY W. HOFFMAN, individually.

by_____
Harry W. Hoffman

3

STIPULATION – Waiver of Service, Extension of Time to Respond & Set Schedule
Greenmare, LLC v. Iffla et al.
Case No. C 12-6490 SI

FAX  415-9861734

1

2   SO ORDERED.

3   Dated: _____   3/26/13

4                                           Susan Illston,
                                            UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          4

28   **STIPULATION – Waiver of Service, Extension of Time to Respond & Set Schedule**
     *Greenmarc, LLC  v. Iffla et al.*
     *Case No. C 12-6490 SI*