THOMAS M. HARRELSON (CA Bar No. 114346)
HARRELSON & ASSOCIATES
533 Airport Boulevard, Suite 325
Burlingame, CA  94010
Telephone:     650/373-3300
Facsimile:      650/373-3302

Attorneys for Defendant Joseph B. Iffla,
Performex Machining Co., & Performex Machining, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENMARC, LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. IFFLA, ET AL., et al.;<br><br>Defendants. | Case No.: C 12-6490 WHO<br><br>STIPULATION RE: EXTENSION OF TIME FOR RESPONSE TO COMPLAINT AND OTHER PRE-CMC DEADLINES |

The undersigned parties ("Parties"), by and through their attorneys, hereby stipulate as follows:

1. The Parties submit this proposed Stipulation in lieu of an additional Joint Case Management Statement as required by the Reassignment Order and Order Requiring Submission of Case Management Statement;

2.  The Parties, in addition to their meet and confer obligations, have engaged in informal settlement discussions and document exchange. A technical report documenting assessment of environmental conditions and remedy alternatives with regard to the subject property at 1007 and 1011 Bransten Road in San Carlos, California has been circulated by Plaintiff and has provided the foundation for further settlement discussions, cost allocation, and formulation of a case discovery plan.  In addition, the Parties have agreed to an early neutral evaluation through the District Court's ADR program and are awaiting the selection of an evaluator that has not conflicts with any of the Parties hereto.  The Parties have

tentatively agreed to solicit communications with the San Mateo County Health Department in which Plaintiff has voluntarily been participating in monitoring activities to determine whether the County will require further remediation and if so, in what form it may take.

In order to afford the Parties additional time to continue to evaluate and discuss their settlement options and in the interest of judicial economy, the Parties agree that continuance of various case deadlines are in the interests of the Parties and the Court. The Parties believe that such considerations are more properly made prior to an initial case management conference ("CMC").

3. Accordingly, the Parties agree to the following extensions of upcoming Court deadlines:

A. An the initial CMC was scheduled for June 28, 2013, at 2:30 p.m. before the Honorable Susan Illston in Courtroom No. 10 on the Nineteenth Floor of the Federal Building. That CMC never took place due to the reassignment of the matter to Judge Orrick. Now that this case has been reassigned to Judge William H. Orrick, the Parties respectfully request the scheduling of an initial CMC before Judge Orrick for late September or October, 2013 and subject to the calendar availability of Judge Orrick. This extension also considers the vacation schedules of counsel;

B The time to answer or otherwise respond to the Complaint (ECF No.1) shall be further extended from the current agreed upon date of July 17, 2013 to September 25, 2013;

C. The Parties have previously submitted and filed the Rule 26(f) Report, have completed their initial disclosures, and filed their initial Case Management Statement. The Parties agree to provide a joint supplemental Rule 26(f) Report and a supplemental joint Case Management Report after the Parties have continued their settlement discussions and ADR/ENE session and all prior to the upcoming to be scheduled CMC before Judge Orrick.

D. The Parties agree to extend the ENE deadline for completion to the week of October 21, 2013. The last proposed ENE neutral, Jane Pandell, Esq. was objected to by

1  Defendant Iffla due to a conflict arising out of a prior employment relationship between Ms.
2  Pandell's Firm and counsel for Mr. Iffla.  A new ENE neutral has not yet been assigned.
3  4.      The terms of the Case Management Conference Order filed February 28, 2013 (ECF
4  No. 1 0), the Stipulation filed on March 27, 2013 (ECF No. 12), the Stipulation filed on May
5  6, 2013 (ECF No. 27) will otherwise remain in effect.

**IT IS SO STIPULATED.**

  Dated: _____          LAW OFFICES OF KARL R. MORTHOLE

                                   _____
                                   Karl R. Morthole, Attorney for PLAINTIFF


  Dated: _____          HARRELSON & ASSOCIATES

                                   _____
                                   Thomas M. Harrelson, Attorney for Defendants
                                   JOSEPH B. IFFLA, individually and dba
                                   PERFORMEX MACHINING COMPANY, and
                                   PERFORMEX MACHINING, INC.


  Dated: _____          BARG COFFIN LEWIS & TRAPP, LLP

                                   _____
                                   Joshua A. Bloom, Attorney for Defendant
                                   CARL R. HEINEMAN, individually


  Dated: _____          PIERCE & SHEARER LLP

                                   _____
                                   Stacy Y. North, Attorney for Defendants
                                   HOFFMAN METAL PRODUCTS, INC.,  and
                                   HARRY W. HOFFMAN, individually and as an
                                   officer, director and owner of HOFFMAN
                                   METAL PRODUCTS

IT IS SO ORDERED.

The Case Management Conference is set for 10/29/2013 02:00 PM in Courtroom 2, 17th Floor, San Francisco.

Dated: __July 19, 2013____

_____
Hon. William H. Orrick
UNITED STATES DISTRICT JUDGE