THOMAS M. HARRELSON (CA Bar No. 114346)
HARRELSON & ASSOCIATES
533 Airport Boulevard, Suite 325
Burlingame, CA  94010
Telephone:     650/373-3300
Facsimile:      650/373-3302

Attorneys for Defendant Joseph B. Iffla,
Performex Machining Co., & Performex Machining, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENMARC, LLC, et al.<br><br>                Plaintiffs,<br><br>v.<br><br>JOSEPH B. IFFLA, ET AL., et al.;<br><br><br>               Defendants. | Case No.: C 12-6490 WHO<br><br>STIPULATION RE: EXTENSION OF TIME FOR RESPONSE TO COMPLAINT AND OTHER PRE-CMC DEADLINES |

The undersigned parties ("Parties"), by and through their attorneys, hereby stipulate as follows:

1. The Parties submit this proposed Stipulation in lieu of an additional Joint Case Management Statement as required by the Reassignment Order and Order Requiring Submission of Case Management Statement;

2. The Parties, in addition to their meet and confer obligations, have engaged in informal settlement discussions and document exchange. A technical report documenting assessment of environmental conditions and remedy alternatives with regard to the subject property at 1007 and 1011 Bransten Road in San Carlos, California has been circulated by Plaintiff and has provided the foundation for further settlement discussions, cost allocation, and formulation of a case discovery plan.  In addition, the Parties have agreed to an early neutral evaluation through the District Court's ADR program and are awaiting the selection of an evaluator that has not conflicts with any of the Parties hereto.  The Parties have

1   tentatively agreed to solicit communications with the San Mateo County Health Department

2   in which Plaintiff has voluntarily been participating in monitoring activities to determine

3   whether the County will require further remediation and if so, in what form it may take.

4        In order to afford the Parties additional time to continue to evaluate and discuss their

5   settlement options and in the interest of judicial economy, the Parties agree that continuance

6   of various case deadlines are in the interests of the Parties and the Court. The Parties believe

7   that such considerations are more properly made prior to an initial case management

8   conference ("CMC").

9   3.      Accordingly, the Parties agree to the following extensions of upcoming Court

10  deadlines:

11       A.      An the initial CMC was scheduled for June 28, 2013, at 2:30 p.m. before the

12  Honorable Susan Illston in Courtroom No. 10 on the Nineteenth Floor of the Federal

13  Building.  That CMC never took place due to the reassignment of the matter to Judge Orrick.

14  Now that this case has been reassigned to Judge William H. Orrick, the Parties respectfully

15  request the scheduling of an initial CMC before Judge Orrick for late September or October,

16  2013 and subject to the calendar availability of Judge Orrick.  This extension also considers

17  the vacation schedules of counsel;

18       B      The time to answer or otherwise respond to the Complaint (ECF No.1) shall

19  be further extended from the current agreed upon date of July 17, 2013 to September 25,

20  2013;

21       C.      The Parties have previously submitted and filed the Rule 26(f) Report, have

22  completed their initial disclosures, and filed their initial Case Management Statement.  The

23  Parties agree to provide a joint supplemental Rule 26(f) Report and a supplemental joint Case

24  Management Report after the Parties have continued their settlement discussions and

25  ADR/ENE session and all prior to the upcoming to be scheduled CMC before Judge Orrick.

26       D.      The Parties agree to extend the ENE deadline for completion to the week of

27  October 21, 2013.   The last proposed ENE neutral, Jane Pandell, Esq. was objected to by

28

STIPULATION RE: EXTENSION OF TIME FOR RESPONSE TO COMPLAINT
AND OTHER PRE-CMC DEADLINES

Defendant Iffla due to a conflict arising out of a prior employment relationship between Ms. Pandell's Firm and counsel for Mr. Iffla.  A new ENE neutral has not yet been assigned.

4.      The terms of the Case Management Conference Order filed February 28, 2013 (ECF No. 1 0), the Stipulation filed on March 27, 2013 (ECF No. 12), the Stipulation filed on May 6, 2013 (ECF No. 27) will otherwise remain in effect.

**IT IS SO STIPULATED.**

Dated: _____          LAW OFFICES OF KARL R. MORTHOLE


_____
Karl R. Morthole, Attorney for PLAINTIFF


Dated: _____          HARRELSON & ASSOCIATES


_____
Thomas M. Harrelson, Attorney for Defendants
JOSEPH B. IFFLA, individually and dba
PERFORMEX MACHINING COMPANY, and
PERFORMEX MACHINING, INC.


Dated: _____          BARG COFFIN LEWIS & TRAPP, LLP


_____
Joshua A. Bloom, Attorney for Defendant
CARL R. HEINEMAN, individually


Dated: _____          PIERCE & SHEARER LLP


_____
Stacy Y. North, Attorney for Defendants
HOFFMAN METAL PRODUCTS, INC.,  and
HARRY W. HOFFMAN, individually and as an
officer, director and owner of HOFFMAN
METAL PRODUCTS

STIPULATION RE: EXTENSION OF TIME FOR RESPONSE TO COMPLAINT
AND OTHER PRE-CMC DEADLINES

IT IS SO ORDERED.

The Case Management Conference is set for 10/29/2013 02:00 PM in Courtroom 2, 17th Floor, San Francisco.

Dated: __July 19, 2013_____

_____
Hon. William H. Orrick
UNITED STATES DISTRICT JUDGE