THOMAS M. HARRELSON (CA Bar No. 114346)
HARRELSON & ASSOCIATES
533 Airport Boulevard, Suite 325
Burlingame, CA  94010
Telephone:     650/373-3300
Facsimile:      650/373-3302

Attorneys for Defendant Joseph B. Iffla,
Performex Machining Co., & Performex Machining, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENMARC, LLC, et al.<br><br>                    Plaintiffs,<br><br>v.<br><br>JOSEPH B. IFFLA, ET AL., et al.;<br><br><br>                    Defendants. | Case No.: C 12-6490 WHO<br><br>**STIPULATION RE: EXTENSION OF TIME FOR RESPONSE TO COMPLAINT AND OTHER PRE-CMC DEADLINES** |

The undersigned parties ("Parties"), by and through their attorneys, hereby stipulate as follows:

1. The Parties submit this proposed Stipulation in lieu of an additional Joint Case Management Statement as required by the Reassignment Order and Order Requiring Submission of Case Management Statement;

2.  The Parties, in addition to their meet and confer obligations, have engaged in informal settlement discussions and document exchange. A technical report documenting assessment of environmental conditions and remedy alternatives with regard to the subject property at 1007 and 1011 Bransten Road in San Carlos, California has been circulated by Plaintiff and has provided the foundation for further settlement discussions, cost allocation, and formulation of a case discovery plan.  In addition, the Parties have agreed to an early neutral evaluation through the District Court's ADR program and are awaiting the selection of an evaluator that has not conflicts with any of the Parties hereto.   As reported previously

1

1    in the last Stipulation, the Parties are in the process of soliciting communication with the San

2    Mateo County Health Department in which Plaintiff has been voluntarily participating in

3    monitoring activities to determine whether the County will require further remediation and if

4    so, in what form it may take.  Plaintiff has contacted Mr. Marc Mullaney of the San Mateo

5    County Health Department and was told that this file is on his list but he had ten (10) other

6    files/projects ahead of ours which will cause delay.  Thus, the Parties are waiting on Mr.

7    Mullaney's availability in order to meet and confer and this is a necessary element in

8    furthering settlement opportunities for the collective Parties hereto.

9            The Parties are actively continuing to evaluate and discuss their settlement options

10   and in the interest of judicial economy, the Parties agree that continuance of various case

11   deadlines are in the interests of the Parties and the Court. The Parties believe that such

12   considerations are more properly made prior to an initial case management conference

13   ("CMC").

14           3.      Accordingly, the Parties agree to the following extensions of upcoming Court

15   deadlines:

16           A.      A continuance of the CMC currently scheduled before The Honorable

17   William H. Orrick on October 29, 2013 at 2:00 p.m. to mid-January 2014 to early February

18   2014 or as the Court's docket may permit.      This extension considers the vacation

19   schedules of all counsel;

20           B       The time to answer or otherwise respond to the Complaint (ECF No.1) shall

21   be further extended from the current agreed upon date of September 25, 2013 to January 6,

22   2014;

23           C.      The Parties have previously submitted and filed the Rule 26(f) Report, have

24   completed their initial disclosures, and filed their initial Case Management Statement.  The

25   Parties agree to provide a joint supplemental Rule 26(f) Report and a supplemental joint Case

26   Management Report after the Parties have continued their settlement discussions and

27   ADR/ENE session and all prior to the upcoming to be scheduled CMC before Judge Orrick.

28

STIPULATION RE: EXTENSION OF TIME FOR RESPONSE TO COMPLAINT
AND OTHER PRE-CMC DEADLINES

D.     The Parties agree to extend the ENE deadline for completion to the week of January 18, 2014.  The last proposed ENE neutral, Jane Pandell, Esq. was objected to by Defendant Iffla due to a conflict arising out of a prior employment relationship between Ms. Pandell's Firm and counsel for Mr. Iffla.  A new ENE neutral has not yet been assigned.

4.     The terms of the Case Management Conference Order filed February 28, 2013 (ECF No. 1 0), the Stipulation filed on March 27, 2013 (ECF No. 12), the Stipulation filed on May 6, 2013 (ECF No. 27), and the Stipulation filed July 19, 2013 (ECF No. 34) will otherwise remain in effect.

**IT IS SO STIPULATED.**

Dated: _____     LAW OFFICES OF KARL R. MORTHOLE

_____
Karl R. Morthole, Attorney for PLAINTIFF

Dated: _____     HARRELSON & ASSOCIATES

_____
Thomas M. Harrelson, Attorney for Defendants JOSEPH B. IFFLA, individually and dba PERFORMEX MACHINING COMPANY, and PERFORMEX MACHINING, INC.

Dated: _____     BARG COFFIN LEWIS & TRAPP, LLP

_____
Joshua A. Bloom, Attorney for Defendant CARL R. HEINEMAN, individually

Dated: _____     PIERCE & SHEARER LLP

_____
Stacy Y. North, Attorney for Defendants HOFFMAN METAL PRODUCTS, INC.,  and HARRY W. HOFFMAN, individually and as an officer, director and owner of HOFFMAN METAL PRODUCTS

3

1

ORDER

2          In light of the parties' foregoing Stipulation, their efforts thus far and promised

3   progress with respect to discovery and ADR issues, the Case Management Conference is

4   continued until January 14, 2014, at 2 pm in Courtroom 2, 17th Floor, San Francisco.  By that

5   date, the ENE session shall have been completed.  By January 7, 2014, the parties shall file a

6   Joint Case Management Conference Statement detailing the discovery that has been

7   exchanged and the status of efforts to resolve this matter, as well as a proposed case

8   management plan for the litigation.

9

Dated:  September 24, 2013

10



11

12                                                Hon. William H. Orrick
                                                  UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: EXTENSION OF TIME FOR RESPONSE TO COMPLAINT
AND OTHER PRE-CMC DEADLINES