THOMAS M. HARRELSON (CA Bar No. 114346)
HARRELSON & ASSOCIATES
533 Airport Boulevard, Suite 325
Burlingame, CA  94010
Telephone:	650/373-3300
Facsimile:	650/373-3302

Attorneys for Defendant Joseph B. Iffla,
Performex Machining Co., & Performex Machining, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENMARC, LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. IFFLA, ET AL., et al.;<br><br>Defendants. | Case No.: C 12-6490 WHO<br><br>**STIPULATION RE: EXTENSION OF TIME TO COMPLETE THE ENE PROCESS AND FOR RESPONSE TO COMPLAINT AND ORDER** |

The undersigned parties ("Parties"), by and through their attorneys, hereby stipulate as follows:

1. The Parties are actively continuing to evaluate and discuss their settlement options and in the interest of judicial economy, the Parties agree that continuance of various case deadlines are in the interests of the Parties and the Court.

2. The parties attended a Case Management Conference before the Honorable William H. Orrick on January 14, 2014 resulting in Civil Minutes [ECF No. 41] filed on January 15, 2014 and Civil Pre-Trial Order (ECF No. 42] filed on January 30, 2014.

3. A new Early Neutral Evaluator was appointed by the Court on March 18, 2014 [ECF No. 42] after staff at Harrelson & Associates contacted the ENE Administrator to follow-up on the delay of the appointment after an objection was made for the previous appointment of Jane Pandell.  Apparently an electronic calendaring mistake was made at the

ENE Administrator's office which delayed their follow-up and the eventual appointment of a new early neutral evaluator.  The new evaluator appointed is Martin Quinn at Judicial Arbitration and Mediation Services ("JAMS").

    4. On March 28, 2014 the Parties engaged in an initial telephone conference call with Early Neutral Evaluator Martin Quinn.  All parties and Mr. Quinn agreed that it would be in the best interests of the Court and the parties to extend the time for completion of the ENE process to effectively prepare for the mediation/settlement process with Mr. Quinn, and similarly extend the time to answer or otherwise respond to the Complaint.   A tentative ENE date has been agreed to by the parties and Mr. Quinn for April 22, 2014, subject to confirmation from Mr. Quinn's case manager.

    4.    Accordingly, the Parties agree to the following extensions of upcoming deadlines:

    A.    The Parties agree to extend the Early Neutral Evaluation deadline for completion from the current date of April 14, 2014 to May 14, 2014.

    B.    The time to answer or otherwise respond to the Complaint (ECF No.1) shall be further extended from the current agreed upon date of April 15, 2014 to June 16, 2014.

    5.     The terms of the Case Management Conference Order filed February 28, 2013 (ECF No. 1 0), the Stipulation filed on March 27, 2013 (ECF No. 12), the Stipulation filed on May 6, 2013 (ECF No. 27), the Stipulation filed July 19, 2013 (ECF No. 34), the Stipulation filed on January 3, 2014 [ECF No. 38], and the Civil Pretrial Order filed on January 30, 2014 (ECF No. 42] will otherwise remain in effect but subject to the additional changes outlined within this Stipulation.

**IT IS SO STIPULATED.**

Dated: _____            LAW OFFICES OF KARL R. MORTHOLE

                                                      _____
                                                      Karl R. Morthole, Attorney for PLAINTIFF

**STIPULATION RE: EXTENSION OF TIME TO COMPLETE THE ENE PROCESS AND FOR RESPONSE TO COMPLAINT AND ORDER**

2801110.1

| | | |
|---|---|---|
| 1 | Dated: _____ | HARRELSON & ASSOCIATES |
| 2 | | |
| 3 | | _____ |
| 4 | | Thomas M. Harrelson, Attorney for Defendants JOSEPH B. IFFLA, individually and dba PERFORMEX MACHINING COMPANY, and PERFORMEX MACHINING, INC. |
| 5 | | |
| 6 | | |
| 7 | Dated: _____ | BASSI, EDLIN, HUIE & BLUM, LLP |
| 8 | | |
| 9 | | _____ |
| 10 | | Erin K. Poppler, Associated Attorneys for JOSEPH B. IFFLA, individually and dba PERFORMEX MACHINING COMPANY |
| 11 | | |
| 12 | | |
| 13 | Dated: _____ | BARG COFFIN LEWIS & TRAPP, LLP |
| 14 | | |
| 15 | | _____ |
| 16 | | Joshua A. Bloom, Attorney for Defendant CARL R. HEINEMAN, individually |
| 17 | Dated: _____ | PIERCE & SHEARER LLP |
| 18 | | |
| 19 | | _____ |
| 20 | | Stacy Y. North, Attorney for Defendants HOFFMAN METAL PRODUCTS, INC., and HARRY W. HOFFMAN, individually and as an officer, director and owner of HOFFMAN METAL PRODUCTS |
| 21 | | |
| 22 | | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

**STIPULATION RE: EXTENSION OF TIME TO COMPLETE THE ENE PROCESS AND FOR RESPONSE TO COMPLAINT AND ORDER**

2801110.1

# ORDER

It is hereby ordered that:

1. The date by which the Early Neutral Evaluation shall be completed shall be May 14, 2014.

2. The time to answer or otherwise respond to the Complaint (ECF No.1) shall be further extended until June 16, 2014.

3. The terms of the Case Management Conference Order filed February 28, 2013 (ECF No. 1 0), the Stipulation filed on March 27, 2013 (ECF No. 12), the Stipulation filed on May 6, 2013 (ECF No. 27), the Stipulation filed July 19, 2013 (ECF No. 34), the Stipulation filed on January 3, 2014 [ECF No. 38], and the Civil Pretrial Order filed on January 30, 2014 (ECF No. 42] will otherwise remain in effect subject to this Order.

IT IS SO ORDERED.

Dated: April 9, 2014



Hon. William H. Orrick
UNITED STATES DISTRICT JUDGE

**STIPULATION RE: EXTENSION OF TIME TO COMPLETE THE ENE PROCESS AND FOR RESPONSE TO COMPLAINT AND ORDER**

2801110.1